Chad Weaver (SBN 191984)
**FREEMAN MATHIS & GARY, LLP**
3030 Old Ranch Parkway, Suite 200
Seal Beach, California 90740
Tel: 562.583.2126
Fax: 424.350.3842
cweaver@fmglaw.com

*Attorneys for Plaintiff*
JACKSON NATIONAL LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY<br><br>　　　　　Plaintiff-in-Interpleader,<br>　v.<br><br>ALTON JOHNSON, SR; BROOK BAKER; ARTIS DUREN; LOIS BALL<br><br>　　　　　Defendants-in-Interpleader. | Case No. 5:21-cv-01032-JWH-KK<br>Assigned to: Hon Judge John W. Holcomb<br><br>**PLAINTIFF-IN-INTERPLEADER JACKSON NATIONAL LIFE INSURANCE COMPANY NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANTS-IN-INTERPLEADER ALTON JOHNSON, SR AND LOIS BALL**<br><br>[Filed and served concurrently with Memorandum of Points and Authorities; Declaration of Chad Weaver; [Proposed] Order; [Proposed] Default Judgement against Johnson; [Proposed] Default Judgement against Ball]<br><br>**Date: March 25, 2022**<br>**Time: 9:00 a.m.**<br>**Location: 3470 12th St, Courtroom 2**<br>　　　　　**Riverside, CA 92501**<br><br>Complaint Filed: June 21, 2021<br>Trial Date: December 5, 2022 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Please take note that on March 25, 2022 at 9:00 a.m. in Courtroom 2, or as soon thereafter as this matter may be heard by the above-entitled court, located at 3470 12th Street, Riverside, California, 92501, Plaintiff-in-Interpleader Jackson National Life Insurance Company ("JNLIC") will and hereby does move for: (1) default judgment against Defendant-in-Interpleader Alton Johnson, Sr. ("Johnson"); (2) default judgment against Defendant-in-Interpleader Lois Ball ("Ball"); and (3) permanent injunction against Defendant-in-Interpleader Johnson and Defendant-in-Interpleader Ball.

Dated: January 25, 2022　　　　　　　　　　　　**FREEMAN MATHIS & GARY, LLP**

By: /s/ Chad Weaver
　　Chad Weaver, Esq.
　　*Attorneys for Plaintiff*
　　JACKSON NATIONAL LIFE
　　INSURANCE COMPANY

**PLAINTIFF-IN-INTERPLEADER JACKSON NATIONAL LIFE INSURANCE COMPANY NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANTS-IN-INTERPLEADER ALTON JOHNSON, SR AND LOIS BALL**

# PROOF OF SERVICE

I am over 18 years of age and not a party to this action.

I am employed in Orange County, California, in the office of an active member of the State Bar of California. My business address is 3030 Old Ranch Parkway, Suite 200, Seal Beach, California 90740.

On January 25, 2022, I served a copy of the document(s) entitled:

**PLAINTIFF-IN-INTERPLEADER JACKSON NATIONAL LIFE INSURANCE COMPANY NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANTS-IN-INTERPLEADER ALTON JOHNSON, SR AND LOIS BALL**

in the manner described below:

☒ **By United States Mail.** I enclosed the document(s) in the envelope(s) addressed to the individual(s) on the attached Service List. I sealed and deposited the envelope(s) with postage fully prepaid at the United States Postal Service collection box located at 3020 Old Ranch Parkway, Seal Beach, California 90740.

☐ **By Overnight Delivery.** I enclosed the document(s) in the envelope(s) provided by an overnight delivery carrier and addressed to the individual(s) on the attached Service List. I sealed and deposited the envelope(s) in the box regularly maintained by the express service carrier located at 3020 Old Ranch Parkway, Seal Beach, California 90740.

☒ **By Central District of California Portal:** I caused the above-referenced document(s) to be filed and served through the DR. Central District of California Portal, and for delivery to the addressee(s) listed on the service list

☐ **By Electronic Service.** I attached the document(s) to an email and sent the email from msanders@fmglaw.com to the individual(s) on the attached Service List at the email address(es) stated therein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2022, at Seal Beach, California

_____
Mariana Sanders

**PLAINTIFF-IN-INTERPLEADER JACKSON NATIONAL LIFE INSURANCE COMPANY NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANTS-IN-INTERPLEADER ALTON JOHNSON, SR AND LOIS BALL**

# SERVICE LIST

*Jackson National Life Insurance Company v. Alton Johnson Sr. et*
*Case No. 5:21-cv-01032-JWH-KK*

| | |
|---|---|
| Alton Johnson, Sr.<br>906 Court Drive<br>Palestine, Texas 75803 | ***Defendants***<br>Tel:<br>Fax:<br>Email: |
| Lois Ball<br>1401 North 4th Street<br>Crockett, Texas 75835 | ***Defendants***<br>Tel:<br>Fax:<br>Email: |
| Dana M. Cole, Esq.<br>Cole & Loeterman<br>1801 Century Park East #2500<br>Los Angeles, CA 90067 | ***Attorney for Defendant Brooke Baker***<br>Tel: 310-990-4200<br>Fax:<br>Email: dana@danacolelaw.com |
| Lakisha M. Alomaja, Esq.<br>Mayday Law Office, PLLC<br>11222 Richmond Ave. Ste 202<br>Houston, TX 77082 | ***Attorney for Defendants Artis Duren***<br>Tel: 281.741.1162<br>Fax: 281.741.1312<br>Email: Lakisha@maydayhoustonlaw.com |
| John A. Boyd, Esq.<br>Justin Janzen, Esq.<br>T H O M P S O N & C O L E G A T E LLP<br>3610 FOURTEENTH STREET<br>P.O. BOX 1299<br>RIVERSIDE, CALIFORNIA 92502-1299<br><br>Cc: Lori Pap | ***Attorney for Defendants Artis Duren***<br>Tel: 951.682.5550<br>Fax: 951.781.4012<br>Email: jboyd@tclaw.net<br>        jjanzen@tclaw.net<br>        lpap@tclaw.net |

**PLAINTIFF-IN-INTERPLEADER JACKSON NATIONAL LIFE INSURANCE COMPANY NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANTS-IN-INTERPLEADER ALTON JOHNSON, SR AND LOIS BALL**